# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| SAMUEL B. RANDOLPH, IV, | : | No. 9 EAP 2014 |
| | : | |
| Appellant | : | Appeal from the Order dated 1/7/14 |
| | : | (entered on 1/8/14) in the Commonwealth |
| v. | : | Court at No. 417 MD 2013) |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| AS FOLLOWS:  DALE KLINE, CLERK OF | : | |
| COURTS, DAUPHIN COUNTY, | : | |
| MARIANN LAWRENCE, SUPERVISOR, | : | |
| FINES AND COST DEPT., DAUPHIN | : | |
| COUNTY, JOHN WETZEL, SECRETARY, | : | |
| PA. DEPT. OF CORRECTIONS, | : | |
| MICHAEL WENEROWICZ, | : | |
| SUPERINTENDENT OF SCI- | : | |
| GRATERFORD, FAITH GILGER, | : | |
| SUPERVISOR, BUSINESS OFFICE AT | : | |
| SCI-GRATERFORD, S. BEAN, | : | |
| SUPERVISOR, INMATE ACCOUNTING | : | |
| AT SCI-GRATERFORD, SANDRA | : | |
| BARNDT, SUPERVISOR, INMATE | : | |
| ACCOUNTING AT SCI-GRATERFORD, | : | |
| TOM ROWLANDS, SUPERVISOR, | : | |
| RECORDS OFFICE AT SCI- | : | |
| GRATERFORD, DORINA VARNER, | : | |
| CHIEF GRIEVANCE COORDINATOR | : | |
| FOR PA. DEPT. OF CORRECTIONS, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of October, 2014, the Order of the Commonwealth Court is AFFIRMED.